UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| **JULIE A. SU**, Acting Secretary of Labor, United States Department of Labor, | ) ) ) |
| Plaintiff, | ) Civil Action No.: 1:23-cv-211-GSL ) |
| v. | ) ) Hon. Gretchen S. Lund ) |
| **HALL DRIVE-INS, INC. d/b/a FACTORY RESTAURANT**, an Indiana Corporation, and **LUKE HALL**, an individual, | ) ) ) ) ) |
| Defendants. | ) |

## ACTING SECRETARY OF LABOR'S
## UNOPPOSED MOTION TO APPROVE CONSENT JUDGMENT

Plaintiff, Julie A. Su, Acting Secretary of Labor, United States Department of Labor ("Acting Secretary"), pursuant to Federal Rule of Civil Procedure 7(b)(1), respectfully moves this Court to approve and enter the parties' agreed proposed Consent Judgment. In support, the Acting Secretary states as follows:

1.  On May 25, 2023, the Acting Secretary filed a Complaint against Defendants Hall Drive-Ins, Inc. d/b/a Factory Restaurant ("Hall Drive-Ins") and Luke Hall (collectively "Defendants") alleging repeated violations of Sections 6, 11, 15(a)(2), and 15(a)(5) of the Fair Labor Standards Act of 1938 ("FLSA" or "Act"), 29 U.S.C. § 201 *et seq.*, and seeking an injunction (pursuant to 29 U.S.C. § 217) as well as back wages and liquidated damages (pursuant to 29 U.S.C. § 216). (ECF No. 1.)

2. The Acting Secretary and Defendants have voluntarily agreed to resolve all the Acting Secretary's claims.

3. The Consent Judgment provides monetary relief for Defendants' affected employees, in the form of back wages, liquidated damages, and an injunction against future FLSA violations.

4. As set forth in the accompanying Memorandum of Law, the Consent Judgment should be approved because it is fair, reasonable, and in the public interest.

5. A copy of the Consent Judgment, signed by the parties, is submitted in connection with this motion as Exhibit A.

6. Defendants do not oppose this motion.

WHEREFORE, the Acting Secretary respectfully requests the Court grant this motion and approve and enter the parties' agreed Consent Judgment. To ensure compliance with Federal Rule 65(d)(1)(C), the Acting Secretary further requests the Court enter as a separate document an injunction, consistent with the Consent Judgment's provisions, which provides: "Defendants are hereby permanently enjoined from continued violations of the minimum wage and recordkeeping of the Fair Labor Standards Act, and from withholding unpaid compensation adjudicated therein."[1]

---

[1] *See MillerCoors LLC v. Anheuser-Busch Cos., LLC*, 940 F.3d 922, 922-23 (7th Cir. 2019).

Dated:     September 4, 2024

                                    Respectfully submitted,

**SEEMA NANDA**
Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

s/Kevin M. Wilemon
**KEVIN M. WILEMON**
Counsel for Wage and Hour
U.S. Department of Labor
Office of the Solicitor
230 South Dearborn Street, Rm. 844
Chicago, Illinois 60604
(312) 353-6973
wilemon.kevin@dol.gov
Illinois Bar No. 6301185

*Attorneys for Plaintiff Julie A. Su,*
*Acting Secretary of Labor,*
*United States Department of Labor*