UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES DEPARTMENT OF LABOR, <br><br> Plaintiff, <br><br> v. <br><br> HALL DRIVE-INS, INC, et al., <br><br> Defendants. | Case No. 1:23-CV-211-GSL |

## **INJUNCTION**

Defendants Hall Drive-Ins, Inc. d/b/a Factory Restaurant and Luke Hall are hereby permanently enjoined from continued violations of the minimum wage and recordkeeping of the Fair Labor Standards Act, and from withholding unpaid compensation adjudicated therein.

SO ORDERED.

ENTERED: September 4, 2024

/s/ GRETCHEN S. LUND
Judge
United States District Court