# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

UNITED STATES DEPARTMENT OF LABOR
sued as Julie A Su, Acting Secretary of Labor

      Plaintiff

  v.

                                                                                         Civil Action No. 1:23-cv-211

HALL DRIVE-INS, INC
doing business as Factory Restaurant, an Indiana Corporation

LUKE HALL, an individual

      Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

__X__ Other: Consent Judgment is ENTERED as follows: Pursuant to section 17 of the FLSA that Defendants, their officers, agents, servants, and all persons acting or claiming to act on their behalf and interest be, and they hereby are, permanently enjoined and restrained from violating the provisions of sections 6, 11(c), 15(a)(2), and 15(a)(5) of the FLSA in any of the manners outlined in the Consent Judgment and Order. Judgment is ENTERED pursuant to section 16(c) of the Act, in favor of Plaintiff United States Department of Labor, Secretary of Labor and against Defendants Hall Drive-Ins, Inc dba Factory Restaurant and Luke Hall, in the total amount of One Hundred Seventy Eight Thousand and 00/100 Dollars ($178,000.00), as set forth in Exhibit A of the Consent Judgment and Order. Plaintiff United States Department of Labor, Secretary of Labor shall recover from Defendants Hall Drive-Ins, Inc dba Factory Restaurant and Luke Hall the sum of Seventy Four Thousand Six Hundred and Twenty Five and 78/100 Dollars ($74,625.78) in unpaid minimum wage covering the period from February 10, 2020, through February 6, 2022, for Defendants' current and former employees whose names are listed in Exhibit A of the Consent Judgment and Order, and the additional sum of Seventy Four Thousand Six Hundred and Twenty Five and 78/100 Dollars ($74,625.78) in liquidated damages. Plaintiff shall further recover from Defendant the sum of

<u>Twenty Eight Thousand Seven Hundred and Forty Eight and 44/100 Dollars ($28,748.44) as civil monetary penalties under 29 U.S.C. § 216(e).</u>

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Gretchen S Lund on an Unopposed Motion to Approve Consent Judgment by Plaintiff United States Department of Labor.

DATE: 9/6/2024                            CHANDA J. BERTA, CLERK OF COURT

                                          by   s/ M. Murray
                                          *Signature of Clerk or Deputy Clerk*